# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3751
_____

Darnell Wesly Moon

*Plaintiff - Appellant*

v.

Federal Bureau of Prisons

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: April 14, 2016
Filed: April 28, 2016
[Published]

_____

Before BENTON, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Darnell Moon, formerly a federal inmate at the United States Penitentiary at Terre Haute, Indiana, appeals the district court's preservice dismissal of his action seeking relief under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. We grant his motion for leave to proceed in forma pauperis.

While we agree that a litigant must exhaust administrative remedies before bringing a FOIA action in federal court, <u>see</u> <u>Elnashar v. United States Dep't of Justice</u>, 446 F.3d 792, 796 (8th Cir. 2006) (exhaustion of administrative remedies is prerequisite to bringing suit under FOIA), we conclude that because FOIA is silent as to whether exhaustion is a pleading requirement or an affirmative defense, <u>see</u> 5 U.S.C. § 552, the argument of non-exhaustion is an affirmative defense rather than a pleading requirement, <u>see</u> <u>Jones v. Bock</u>, 127 S.Ct. 910, 919 (2007) (if an act is silent as to whether exhaustion should be pled by plaintiff or treated as affirmative defense, general practice under Federal Rules of Civil Procedure dictates that exhaustion should be treated as affirmative defense). Thus, Mr. Moon was not required to plead exhaustion in his complaint.

Accordingly, we reverse and remand for further proceedings consistent with this opinion.

_____